FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 17 AM 10: 32

[signature]
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| EDDIE ROLANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-200 |
| ) | |
| SAVANNAH CHATHAM ) | |
| METROPOLITAN POLICE ) | |
| DEPARTMENT; POLICE CHIEF ) | |
| WILLIE LOVETT; and DETECTIVE ) | |
| SAMANTHA HARLEY, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 17th day of November, 2010.

[signature]

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA